No. 03–1268. CITY OF ANAHEIM, CALIFORNIA, ET AL. *v.* DRUMMOND, BY AND THROUGH HIS GUARDIAN AD LITEM, DRUMMOND.

C. A. 9th Cir. Certiorari denied.